

# NUMBER 13-11-00081-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MONICA MICHELENA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Per Curiam Memorandum Opinion[1]**

Relator, Monica Michelena, filed a petition for writ of mandamus in the above cause on February 15, 2011, seeking to compel the trial court to transfer venue of a suit affecting the parent-child relationship from Hidalgo County, Texas, to Cameron County, Texas. *See* TEX. FAM. CODE ANN. § 155.204 (Vernon 2008). By order issued on February 17, 2011, the Court requested that the real party in interest, Robert Michelena, file a response to the petition for writ of mandamus, and such response was duly filed on February 28, 2011.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Currently pending before the Court is relator's motion to supplement the record. The Court hereby grants the motion to supplement the record. *See* TEX. R. APP. P. 52.7(a)(2), (b).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown herself entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See id.* 52.8(a).

PER CURIAM

Delivered and filed the
10th day of March, 2011.